United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WHITE, | No. C 09-3992 WHA (PR) |
|---|---|
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

This pro se habeas action was filed on August 28, 2009. On that same day the court notified petitioner that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: October ___15___, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\WHITE3992.DSM-IFP.wpd